■ SUNKYUNG LLC, as Assignee of BPD Bank, Appellant, v PORTO RESOURCES, LLC, et al., Respondents, et al., Defendants. [41 NYS3d 707]—

Order, Supreme Court, New York County (Eileen A. Rakower, J.), entered April 3, 2015, which, to the extent appealed from as limited by the briefs, denied plaintiff's cross motion for summary judgment, unanimously affirmed, with costs.

In this mortgage foreclosure action, plaintiff failed to submit uncontroverted evidence that defendants-respondents defaulted under the mortgage agreement (*see JPMCC 2007-CIBC19 Bronx Apts., LLC v Fordham Fulton LLC*, 84 AD3d 613 [1st Dept 2011]). Issues of fact are presented by the June 18, 2012 letter from plaintiff's predecessor in interest (the bank) to defendant Joseph Porto setting forth the structure of the new loan term, and emails to Joseph Porto from defendants' relationship manager at the bank stating that the extension had been approved.

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Tom, J.P., Acosta, Andrias, Moskowitz and Kahn, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE LIGGINS, Appellant. [41 NYS3d 707]—Judgment, Supreme Court, Bronx County (Dominic Massaro, J.), rendered March 3, 2014, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Tom, J.P., Acosta, Andrias, Moskowitz and Kahn, JJ.